UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:13-cv-585
Name of party requesting extension: Cellco Partnership d/b/a Verizon Wireless
Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 09/23/2013
Number of days requested:  ☐ 30 days
☐ 15 days
☑ Other 21 days

New Deadline Date: 12/03/2013  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Geoffrey M. Godfrey
State Bar No.:
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address: 950 Page Mill Road
Palo Alto, California 94304

Phone: 650-858-6000
Fax: 650-858-6100
Email: geoff.godfrey@wilmerhale.com

A certificate of conference does not need to be filed with this unopposed application.