# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:13-cv-00585-MHS-CMC |
| NEC CASIO MOBILE COMMUNICATIONS, LTD., et al. | § § § | |
| Defendants. | § § | |

## ORDER GRANTING
## DEFENDANTS AT&T MOBILITY LLC AND AT&T INC.'S
## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO
## ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having considered Defendants AT&T Mobility LLC and AT&T INC.'s Second Unopposed Motion for Extension of Time in Which to Answer, Move or Otherwise Respond to Plaintiff Adaptix, Inc.'s Original Complaint, finds that the Motion should be GRANTED.

It is therefore ORDERED that the time for Defendants AT&T Mobility LLC and AT&T Inc. to answer, move or otherwise respond to Plaintiff's complaint is extended until and including December 3, 2013.

**SIGNED this 18th day of November, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

DB1/ 76669263.1