**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 6:13-cv-00585 |
| **NEC CASIO MOBILE** | ) ) | **JURY TRIAL DEMANDED** |
| **COMMUNICATIONS, LTD.,** | ) | |
| **NEC CORPORATION OF AMERICA,** | ) | |
| **AT&T, INC., AT&T MOBILITY LLC,** | ) | |
| **and CELLCO PARTNERSHIP** *d/b/a* | ) | |
| **VERIZON WIRELESS,** | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Adaptix, Inc. ("Adaptix") hereby

dismisses this action against Defendant Cellco Partnership *d/b/a* Verizon Wireless ("Verizon"),

without prejudice.  Defendant has not served either an answer or a motion for summary judgment

in this matter.

Date: November 27, 2013                **ADAPTIX, INC.**

By: _/s/ Craig Tadlock_____
Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

Paul J. Hayes
Samiyah Diaz
Steven E. Lipman
**HAYES MESSINA GILMAN & HAYES LLC**
300 Brickstone Square, 9th Floor
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: phayes@hayesmessina.com
Email: sdiaz@hayesmessina.com
Email: slipman@hayesmessina.com

*Attorneys for Plaintiff Adaptix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are

being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-

5(a)(3) on this the 27th day of November, 2013.

/s/ *Craig Tadlock*
Craig Tadlock