## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEC CASIO MOBILE )<br>COMMUNICATIONS, LTD., )<br>NEC CORPORATION OF AMERICA, )<br>AT&T, INC., AT&T MOBILITY LLC, )<br>and CELLCO PARTNERSHIP *d/b/a* )<br>VERIZON WIRELESS, )<br>)<br>Defendants. )<br>) | Civil Action No. 6:13-cv-00585-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is Plaintiff Adaptix, Inc.'s and Defendants NEC CASIO Mobile Communications, Ltd.'s, NEC Corporation of America's, AT&T, Inc.'s, AT&T Mobility LLC's, and Cellco Partnership d/b/a Verizon Wireless's Agreed Motion to Extend Time for Defendants to Answer or Otherwise Respond to the Complaint in this case. Having considered the motion and the agreement of the parties thereto, the Court has determined that it should be GRANTED.

Therefore, it is hereby ORDERED that the deadline for Defendants NEC Corporation of America, NEC Casio Mobile Communications, Ltd., AT&T, Inc., AT&T Mobility LLC, and Cellco Partnership d/b/a Verizon Wireless to answer or otherwise respond to Plaintiff's Complaint shall be February 3, 2014.

**SIGNED this 3rd day of December, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE