# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:13-cv-00585 |
| ) | |
| **NEC CASIO MOBILE** ) | **JURY TRIAL DEMANDED** |
| **COMMUNICATIONS, LTD.,** ) | |
| **NEC CORPORATION OF AMERICA,** ) | |
| **AT&T, INC., AT&T MOBILITY LLC,** ) | |
| **and CELLCO PARTNERSHIP** *d/b/a* ) | |
| **VERIZON WIRELESS,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION TO DISMISS DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS WITHOUT PREJUDICE

Having considered the Agreed Motion to Dismiss Defendant Cellco Partnership *d/b/a* Verizon Wireless ("Verizon") Without Prejudice filed by Plaintiff Adaptix, Inc. ("Adaptix"), the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Adaptix's claims against Defendant Cellco Partnership *d/b/a* Verizon Wireless are hereby dismissed without prejudice. All other defendants remain in the case..

**It is SO ORDERED.**

**SIGNED this 3rd day of December, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE