**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:13-cv-00585 |
| ) | |
| **NEC CASIO MOBILE** ) | **JURY TRIAL DEMANDED** |
| **COMMUNICATIONS, LTD.,** ) | |
| **NEC CORPORATION OF AMERICA,** ) | |
| **AT&T, INC., AT&T MOBILITY LLC,** ) | |
| **and CELLCO PARTNERSHIP** *d/b/a* ) | |
| **VERIZON WIRELESS,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Keith Smiley of Tadlock Law Firm PLLC, 2701 Dallas Parkway, Suite 360, Plano, Texas 75093, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED: December 4, 2013            Respectfully submitted,

/s/ *Keith Smiley*
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093`
Phone: 903-730-6789
keith@tadlocklawfirm.com

***COUNSEL FOR PLAINTIFF, ADAPTIX, INC.***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel on December 4, 2013, via the Court's CM/ECF system.

/s/ *Keith Smiley*
Keith Smiley