# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:13-cv-00585 |
| **NEC CASIO MOBILE COMMUNICATIONS, LTD., NEC CORPORATION OF AMERICA, AT&T, INC., AT&T MOBILITY LLC, and CELLCO PARTNERSHIP** *d/b/a* **VERIZON WIRELESS,** | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Paul J. Hayes of HAYES MESSINA GILMAN & HAYES LLC, 300 Brickstone Square, 9th Fl., Andover, Massachusetts 01810, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED:  December 4, 2013          Respectfully submitted,

/s/ *Paul J. Hayes*
Paul J. Hayes
HAYES MESSINA GILMAN & HAYES LLC
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: phayes@hbcllc.com

***COUNSEL FOR PLAINTIFF ADAPTIX, INC.***

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon all counsel of record on December 4, 2013, via the Court's CM/ECF system.

                                                    /s/ *Paul J. Hayes*
                                                    Paul J. Hayes