# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| **ADAPTIX, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-00585 |
| | ) | |
| **NEC CASIO MOBILE** | ) | **JURY TRIAL DEMANDED** |
| **COMMUNICATIONS, LTD.,** | ) | |
| **NEC CORPORATION OF AMERICA,** | ) | |
| **AT&T, INC., AT&T MOBILITY LLC,** | ) | |
| **and CELLCO PARTNERSHIP** *d/b/a* | ) | |
| **VERIZON WIRELESS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Plaintiff Adaptix, Inc. files this Notice of Appearance and hereby notifies the Court that Samiyah Diaz of HAYES MESSINA GILMAN & HAYES LLC, 300 Brickstone Square, 9th Fl., Andover, Massachusetts 01810, is appearing on behalf of Plaintiff Adaptix, Inc., in the above-referenced matter.

DATED:  December 4, 2013

Respectfully submitted,

/s/ *Samiyah Diaz*
Samiyah Diaz
HAYES MESSINA GILMAN &
 HAYES LLC
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: sdiaz@hbcllc.com

***COUNSEL FOR PLAINTIFF,
ADAPTIX, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all counsel of record

December 4, 2013, via the Court's CM/ECF system.

/s/ *Samiyah Diaz*
Samiyah Diaz