**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NEC CASIO MOBILE** )<br>**COMMUNICATIONS, LTD.,** )<br>**NEC CORPORATION OF AMERICA,** )<br>**AT&T, INC., AT&T MOBILITY LLC,** )<br>**and CELLCO PARTNERSHIP** *d/b/a* )<br>**VERIZON WIRELESS,** )<br>)<br>Defendants. )<br>) | Civil Action No. 6:13-cv-00585<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ADAPTIX, INC.'S**
**NOTICE OF RELATED CASES**

Plaintiff Adaptix, Inc. ("Adaptix") files this notice of related cases currently at issue in front of this Court. Adaptix filed patent infringement actions in the Eastern District of Texas asserting infringement of U.S. Patents 7,454,212 and 6,947,748 in each complaint for the active cases listed below. Judge Michael H. Schneider has been assigned to each of the cases with Magistrate Judge Caroline M. Craven assigned to the 17, 20, and 120 cases.

| Case | Date Filed |
|---|---|
| 6:12-cv-00017 Adaptix, Inc. v. AT&T, Inc. et al | 1/13/2012 |
| 6:12-cv-00020 Adaptix, Inc. v. Pantech Wireless, Inc. et al | 1/13/2012 |
| 6:12-cv-00120 Adaptix, Inc. v. Cellco Partnership et al | 3/9/2012 |
| 6:13-cv-00424 Adaptix, Inc. v. Pantech Co. Ltd et al | 5/24/2013 |
| 6:13-cv-00432 Adaptix, Inc. v. Amazon.com, Inc. et al | 5/28/2013 |
| 6:13-cv-00433 Adaptix, Inc. v. ASUSTek et al | 5/28/2013 |

| | |
|---|---|
| 6:13-cv-00434 Adaptix, Inc. v. Research In Motion Limited et al | 5/28/2013 |
| 6:13-cv-00435 Adaptix, Inc. v. Research In Motion Limited et al | 5/28/2013 |
| 6:13-cv-00436 Adaptix, Inc. v. Research In Motion Limited et al | 5/28/2013 |
| 6:13-cv-00437 Adaptix, Inc. v. Dell, Inc. et al | 5/28/2013 |
| 6:13-cv-00438 Adaptix, Inc. v. Huawei Technologies Co., Ltd. et al | 5/28/2013 |
| 6:13-cv-00439 Adaptix, Inc. v. Huawei Technologies Co., Ltd. et al | 5/28/2013 |
| 6:13-cv-00440 Adaptix, Inc. v. Huawei Technologies Co., Ltd. et al | 5/28/2013 |
| 6:13-cv-00441 Adaptix, Inc. v. Huawei Technologies Co., Ltd. et al | 5/28/2013 |
| 6:13-cv-00442 Adaptix, Inc. v. Sony Mobile Communications, Inc. et al | 5/28/2013 |
| 6:13-cv-00443 Adaptix, Inc. v. ZTE Corporation et al | 5/28/2013 |
| 6:13-cv-00444 Adaptix, Inc. v. ZTE Corporation et al | 5/28/2013 |
| 6:13-cv-00445 Adaptix, Inc. v. ZTE Corporation et al | 5/28/2013 |
| 6:13-cv-00446 Adaptix, Inc. v. ZTE Corporation et al | 5/28/2013 |
| 6:13-cv-00585 Adaptix, Inc. v. NEC Casio Mobile Communications, Ltd., et al | 5/28/2013 |
| 6:13-cv-00778 Adaptix, Inc. v. Pantech Wireless, Inc. et al | 10/15/2013 |
| 6:13-cv-00853 Adaptix, Inc. v. Kyocera Corporation et al | 11/01/2013 |
| 6:13-cv-00854 Adaptix, Inc. v. Kyocera Corporation et al | 11/01/2013 |
| 6:13-cv-00922 Adaptix, Inc. v. NEC Casio Mobile Communications, Ltd., et al | 11/27/2013 |

Dated: December 4, 2013         Respectfully submitted,

    */s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

>Paul J. Hayes
>Samiyah Diaz
>Steven E. Lipman
>**HAYES MESSINA**
>**GILMAN & HAYES, LLC**
>300 Brickstone Square, 9th Floor
>Andover, MA 01810
>Tel: (978) 809-3850
>Fax: (978) 809-3869
>Email:  phayes@hayesmessina.com
>Email:  sdiaz@hayesmessina.com
>Email:  slipman@hayesmessina.com
>
>*Attorneys for Plaintiff Adaptix, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 4, 2013.

>/s/ *Craig Tadlock*
>Craig Tadlock